```
1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California  95814
   Telephone: (916) 443-2000
4  Facsimile:  (916) 443-0989
   Email: dwdratman@aol.com
5
   Attorney for Defendant
6  ROBERT K. ROBERSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-cr-0400 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| ROBERT K. ROBERSON, | |
| Defendant. | |

The parties request that the status conference, currently set for February 15, 2013 at 9:00 a.m., be continued to April 5, 2013 at 10:00 a.m., and stipulate that the time beginning February 15, 2013 and extending through April 5, 2013, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

Defense Counsel is continuing to review the discovery in the case, including making arrangements to view seized computer evidence. Additional time is needed for Defense Counsel to review this discovery.

Accordingly, the parties believe that the forgoing justifies an exclusion of time from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence; and, continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

| | | |
|---|---|---|
| Dated: February 12, 2013 | | /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
ROBERT K. ROBERSON |
| Dated: February 12, 2013 | | BENJAMIN B. WAGNER
UNITED STATES ATTORNEY |
| | | By: /s/ Matthew G. Morris*
MATTHEW G. MORRIS
Assistant U.S. Attorney
*Signed with permission |

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties, the Court finds that the failure to set this briefing schedule would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from February 15, 2013 to and including April 5, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare and continuity of counsel)(18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: February 12, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge