DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
ROBERT K. ROBERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-cr-0400 TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| vs. | |
| ROBERT K. ROBERSON, | |
| Defendant. | |

The parties request that the status conference, currently set for June 13, 2013 at 9:30 a.m., be continued to August 1, 2013 at 9:30 a.m., and stipulate that the time beginning June 13, 2013 and extending through August 1, 2013, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

Defense Counsel is continuing to review the discovery in the case, including making arrangements to view seized computer evidence. Defense counsel continues to be engaged in a jury trial in the Sacramento County Superior Court that has limited his ability to review evidence. Additional time is needed for Defense Counsel to review this discovery.

Accordingly, the parties believe that the forgoing justifies an exclusion of time from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence; and, continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: June 10, 2013                    /s/ David W. Dratman
                                        DAVID W. DRATMAN
                                        Attorney for Defendant
                                        ROBERT K. ROBERSON


Dated:  June 10, 2013                   BENJAMIN B. WAGNER
                                        UNITED STATES ATTORNEY


                                   By: /s/ Matthew G. Morris*
                                        MATTHEW G. MORRIS
                                        Assistant U.S. Attorney
                                        *Signed with permission

**ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties, the Court finds that the failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from June 13, 2013 to and including August 1, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to Local Code T4 (time for defense counsel to prepare and continuity of counsel)(18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.


DATED:     June 11, 2013

                                               Troy L. Nunley
                                               United States District Judge

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE
2