DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
ROBERT K. ROBERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-cr-0400 TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER ALLOWING OUT OF DISTRICT TRAVEL FOR A FUNERAL**. |
| vs. | |
| ROBERT K. ROBERSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States of America, through its attorney of record, Matthew G. Morris, Assistant U.S. Attorney; and, Robert K. Roberson, through his attorney, David W. Dratman, that Mr. Roberson be allowed to travel to San Bernadino and Highlands, California, on December 9, 2013, for the purpose of attending his aunt's funeral service. He will return to his home in Citrus Heights, California, on December 11, 2013.

Pretrial Services Officer Ryan Garcia has been supervising Mr, Roberson since his release and stated the following:

> Mr. Roberson is currently subject to Pretrial Services supervision and standard conditions of release, including electronic monitoring (Adam Walsh case) with a curfew. Pretrial Services has confirmed the passing of his aunt with the defendant's wife, Mrs. Roberson. Mrs. Roberson will be accompanying the defendant on this trip and has agreed to be his temporary

custodian during this three day period. She understands his conditions of release, including his minor children and computer/internet restrictions. Mrs. Roberson has agreed to assist with his supervision and report any known violations to Pretrial Services during this time period.

Pretrial Services will be able to electronically monitor the defendant's curfew with a cellular phone unit. Pretrial Services will also contact Mrs. Roberson to confirm the proper installation of the cellular unit in the hotel room.

Mr. Roberson has been compliant with all of his release conditions thus far; however, Pretrial Services will defer to the Court on whether this travel should be authorized considering the nature of the charges and Pretrial Services limited ability to supervise the defendant during this trip.

It is requested by the parties that this Court sign this Order permitting the travel on the conditions set forth above.

Dated: December 6, 2013  /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
ROBERT K. ROBERSON


Dated: December 6, 2013  BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By: /s/ Matthew G. Morris*
MATTHEW G. MORRIS
Assistant U.S. Attorney
*Signed with permission

**ORDER**

IT IS SO ORDERED.

Dated: December 6, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE